**WHITE & CASE**

February 23, 2018

White & Case LLP
1221 Avenue of the Americas
New York, NY 10020-1095
T +1 212 819 8200

whitecase.com

The Honorable Debra Freeman
United States District Court for the Southern District of New York
500 Pearl Street
New York, New York 10007

Re:   *Anthem, Inc. v. Express Scripts, Inc.*, Case No. 16-cv-02048 (S.D.N.Y);
      *In re Express Scripts/Anthem ERISA Litigation*, Case No. 16-cv-03399
      (S.D.N.Y.); and *Burnett et al v. Express Scripts, Inc. et al*,
      Case No. 16-cv-04948 (S.D.N.Y.)

Dear Judge Freeman:

White & Case LLP ("White & Case" or the "Firm") is acting for Anthem, Inc. ("Anthem"), in the above-referenced matters (the "Anthem Matters"). The purpose of this letter is to inform Chambers as well as the parties copied on this letter that Paige Spencer, Law Clerk for Your Honor from September 2016 to September 2017, will be joining White & Case as an Associate in March 2018.

Although Ms. Spencer has indicated that while in Chambers she did not work on the Anthem Matters, out of an abundance of caution, White & Case has screened Ms. Spencer completely from any involvement in the Anthem Matters in accordance with the Firm's customary procedures and in accordance with applicable rules of professional responsibility.

Such screening should remove all questions as to the propriety of Ms. Spencer's employment while the Firm continues its representation of Anthem in the Anthem Matters. If there is a contrary view, we respectfully request both Ms. Spencer and the Firm be informed.

To the extent that Your Honor deems additional notice to be appropriate, White & Case will serve or file whatever notices Your Honor directs.

Respectfully yours,

White & Case LLP

By: _____
Debra Kobrin Levy
**Associate General Counsel**

T +212-819-8757
E debra.levy@whitecase.com

cc:  Paige Spencer
     Service list (by e-mail)