**quinn emanuel** trial lawyers | new york

777 Sixth Street NW, 11th Floor, Washington, District of Columbia 20001-3706 | TEL (202) 538-8000 FAX (202) 538-8100

WRITER'S DIRECT DIAL NO.
**(202) 538-8166**

WRITER'S EMAIL ADDRESS
**mikelyle@quinnemanuel.com**

March 5, 2018

**VIA ECF AND EMAIL**

Hon. Edgardo Ramos
United States District Judge,
Southern District of New York
Thurgood Marshall United States Courthouse
40 Foley Square
New York, NY 10007

Re:     *Anthem Inc. v. Express Scripts, Inc.*, No. 1:16-cv-2048-ER

Dear Judge Ramos:

      We write on behalf of Defendant Express Scripts, Inc. ("ESI") to apprise the Court that on March 1, 2018 (after ESI filed its February 28, 2018 letter requesting entry of an amended Protective Order for non-party CVS/Caremark ("CVS")), CVS informed ESI that it will agree to the amended Protective Order as revised and submitted by ESI. Plaintiff Anthem, Inc. has likewise provided its assent to the amended Protective Order. ESI accordingly withdraws its February 28, 2018 letter (Dkt No. 117) and will submit today, pursuant to Rule 1(F) of Your Honor's Individual Practices, a fully-executed amended Protective Order for entry by the Court.

      Respectfully submitted,

/s/ *Michael J. Lyle*
Michael J. Lyle

CC:
All counsel of record (by ECF)
Counsel for CVS (by email and overnight mail)

**quinn emanuel urquhart & sullivan, llp**

LOS ANGELES | NEW YORK | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | HOUSTON | SEATTLE
LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS | ZURICH