**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| ANTHEM, INC.<br><br>                      Plaintiff,<br><br>vs.<br><br>EXPRESS SCRIPTS, INC.<br><br>                      Defendant. | **STIPULATION AND [PROPOSED] ORDER SEALING PRE-MOTION LETTER AND EXHIBITS**<br><br>Civil Action No. 16 Civ. 2048<br>Hon. Edgardo Ramos |

WHEREAS, Express Scripts, Inc. ("ESI") and Anthem, Inc. ("Anthem") (collectively, "the Parties") entered into a Confidentiality Agreement and Stipulated Protective Order (the "Protective Order") (ECF No. 48), on December 8, 2016;

WHEREAS, Paragraph 32 of the Protective Order requires the Parties to seek the Court's permission to file materials designated as Confidential, Highly Confidential, or Confidential Health Information under seal consistent with applicable Court rules and procedures and publicly file a redacted copy of the Confidential Court Submission via the Electronic Case Filing System;

WHEREAS, ESI seeks leave to file under seal a letter seeking a pre-motion discovery conference (the "Pre-Motion Letter"), as it references documents that the Parties have designated as "Confidential" and/or "Highly Confidential," and to file redacted copies of the Pre-Motion Letter and any exhibits on the public docket;

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for the Parties, that:

1. ESI is authorized to file the Pre-Motion Letter and any exhibits under seal, and to file redacted copies of the Pre-Motion Letter and any exhibits on the public docket;

2. This Stipulation may be executed in counterparts and by e-mail or facsimile transmission, each of which shall be deemed an original for purposes of this Stipulation.

Dated: July 3, 2019

Respectfully submitted,

WHITE & CASE LLP

By: /s/ Claudine Columbres
Glenn M. Kurtz
Claudine Columbres
1221 Avenue of the Americas
New York, NY 10020
Tel: (212) 819-8200
Fax: (212) 354-8113
gkurtz@whitecase.com
ccolumbres@whitecase.com

*Counsel for Anthem, Inc.*

Dated: July 3, 2019

Respectfully submitted,

QUINN EMANUEL URQUHART &
SULLIVAN LLP

By: /s/ Andrew S. Corkhill
Andrew S. Corkhill
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
andrewcorkhill@quinnemanuel.com

*Counsel for Express Scripts, Inc.*

**SO ORDERED**.

Dated: July ____, 2019

_____
EDGARDO RAMOS
United States District Judge

3