UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ANTHEM, INC.<br><br>                    Plaintiff and<br>                    Counter-<br>                    Defendant,<br><br>    vs.<br><br>EXPRESS SCRIPTS, INC.<br><br>                    Defendant and<br>                    Counter-Plaintiff. | **STIPULATION AND**<br>**[PROPOSED]**<br>**ORDER SEALING RESPONSE**<br>**TO PRE-MOTION LETTER**<br>**AND EXHIBITS**<br><br>Civil Action No. 16 Civ. 2048<br>Hon. Edgardo Ramos |

WHEREAS, Express Scripts, Inc. ("ESI") and Anthem, Inc. ("Anthem") entered into a Confidentiality Agreement and Stipulated Protective Order (the "Confidentiality Order") (ECF No. 48), dated December 8, 2016;

WHEREAS, Anthem and ESI have designated certain material as "Confidential" and "Highly Confidential" under the Confidentiality Order;

WHEREAS, Paragraph 32 of the Confidentiality Order requires the parties to seek the Court's permission to file any material designated as "Confidential" or "Highly Confidential" under seal;

WHEREAS, Anthem seeks leave to file under seal a letter responding to ESI's pre-motion letter (ECF No. 226) seeking a pre-motion discovery conference ("Response to Pre-Motion Letter"), including certain exhibits that Anthem and ESI have designated "Confidential" and "Highly Confidential";

IT IS HEREBY STIPULATED AND AGREED, by and among the undersigned counsel for ESI and Anthem that:

1. Anthem is authorized to file its Response to Pre-Motion Letter and exhibits under seal; and

2. This Stipulation may be executed in counterparts and by e-mail or facsimile transmission, each of which shall be deemed an original for purposes of this Stipulation.

| | |
|---|---|
| WHITE & CASE LLP | QUINN EMANUEL URQUHART & SULLIVAN, LLP |
| By: *Claudine Columbres* | By: *[signature]* |
| Glenn M. Kurtz | Keith Forst |
| Claudine Columbres | 1300 I Street NW Suite 900 |
| 1221 Avenue of the Americas | Washington, D.C. 20005-4107 |
| New York, NY 10020 | Telephone: (202) 538-8000 |
| Tel: (212) 819-8200 | Facsimile: (202) 538-8100 |
| Fax: (212) 354-8113 | keithforst@quinnemanuel.com |
| gkurtz@whitecase.com | |
| ccolumbres@whitecase.com | |
| | |
| *Counsel for Anthem, Inc.* | *Counsel for Express Scripts, Inc.* |

**SO ORDERED.**

_____
Edgardo Ramos, U.S.D.J
Dated: 7/12/2019
New York, New York