**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ANTHEM, INC.,

                Plaintiff,

– *against* –

EXPRESS SCRIPTS, INC.,

                Defendant.

**ORDER**

16 Civ. 2048 (ER)

RAMOS, D.J.:

The status conferences currently scheduled for January 7, 2020 and April 2, 2020 are hereby cancelled. A status conference will be held on Wednesday, June 24, 2020 at 10:30 AM.

SO ORDERED.

Dated:   January 3, 2020
           New York, New York

                                                    EDGARDO RAMOS, U.S.D.J.