UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANTHEM, INC.,

                Plaintiff,

- against -

EXPRESS SCRIPTS, INC.,

                Defendant.

**ORDER**

16 Civ. 2048 (ER)

---

RAMOS, D.J.:

      Plaintiff filed the instant suit on March 21, 2016.  Doc. 3.  The suit is currently in discovery.  On December 2, 2020, Plaintiff filed five letter motions regarding Defendant's rebuttal expert reports, seeking to strike all or portions of the reports in dispute or, in the alternative, leave to file sur-rebuttal reports.  Docs. 301–310.  On December 18, 2020, the Court held a hearing on Plaintiff's letter motions.  For the reasons set forth on the record at that hearing, the Court denies Plaintiff's requests.  As noted in the conference, the parties are directed to jointly submit a proposed revised scheduling order to the Court.  The Clerk of Court is respectfully directed to terminate the motions.  Docs. 301–310.

      SO ORDERED.

Dated:    December 18, 2020
              New York, New York

                                                          Edgardo Ramos, U.S.D.J.