UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHEM, INC.,

                         Plaintiff,


                – *against* –


EXPRESS SCRIPTS, INC.,

                         Defendant.

**ORDER**

16 Civ. 2048 (ER)

Ramos, D.J.:

        The Court issued an Opinion and Order resolving Express Scripts' motion for partial

summary judgment on March 31, 2022.  Doc. 395.  At that time, the Court filed the opinion

with redactions out of an abundance of caution.  Having now been advised by the parties that

redactions are no longer necessary, the Court respectfully directs the Clerk of Court to file

the attached unredacted Opinion and Order and to modify the docket text of Doc. 395 as

follows:  "REDACTED OPINION AND ORDER."

SO ORDERED.

Dated:    April 6, 2022
          New York, New York

_____
          Edgardo Ramos, U.S.D.J.