UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHEM, INC.,

              Plaintiff,

– against –

EXPRESS SCRIPTS, INC.,

              Defendant.

**ORDER**

16 Civ. 2048 (ER)

RAMOS, D.J.:

    The Court will hold a telephonic status conference in this matter on April 27, 2022 at 11:30 am.  The parties should call (877) 411-9748 and enter access code 3029857# when prompted.

    SO ORDERED.

Dated:  April 8, 2022
            New York, New York

                                                    Edgardo Ramos, U.S.D.J.