UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ANTHEM, INC.,

                Plaintiff,

– against –

EXPRESS SCRIPTS, INC.,

                Defendant.

**ORDER**

16 Civ. 2048 (ER)

RAMOS, D.J.:

    On May 11, 2022, the parties submitted position statements on how they wish to proceed in this matter.  Doc. 401.  Having reviewed the parties' recommendations, the Court adopts the procedure recommended by Express Scripts.  Anthem's request for partial final judgment pursuant to Rule 54(b) of the Federal Rules of Civil Procedure is denied.  The deadlines for the proposed *Daubert* motions and partial summary judgment motions are as follows:  motions due June 10, 2022; responses due July 1, 2022; and replies due July 22, 2022.

    SO ORDERED.

Dated:   May 12, 2022
            New York, New York

                                                            Edgardo Ramos, U.S.D.J.