# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

Anthem, Inc.

(List the full name(s) of the plaintiff(s)/petitioner(s).)

16-CV-2048 (ER)

-against-

**NOTICE OF APPEAL**

Express Scripts, Inc.

(List the full name(s) of the defendant(s)/respondent(s).)

Notice is hereby given that the following parties: Anthem, Inc.

(list the names of all parties who are filing an appeal)

in the above-named case appeal to the United States Court of Appeals for the Second Circuit

from the  ☒ judgment  ☐ order  entered on: November 13, 2023

(date that judgment or order was entered on docket)

that:

(If the appeal is from an order, provide a brief description above of the decision in the order.)

| December 12, 2023 | /s/ Glenn M. Kurtz |
|---|---|
| Dated | Signature* |

Kurtz, Glenn, M.
Name (Last, First, MI)

White & Case LLP, 1221 Avenue of the Americas, New York, NY 10020
Address              City              State              Zip Code

212-819-8252                              gkurtz@whitecase.com
Telephone Number                          E-mail Address (if available)

---

*Each party filing the appeal must date and sign the Notice of Appeal and provide his or her mailing address and telephone number, EXCEPT that a signer of a pro se notice of appeal may sign for his or her spouse and minor children if they are parties to the case.  Fed. R. App. P. 3(c)(2).  Attach additional sheets of paper as necessary.

Rev. 12/23/13